BERNARD COSTELLO, RESPONDENT, v. ANN T. DALE, APPELLANT.

*Mechanics' lien — items of work — action to enforce a lien for labor — Chap.* 558, 1869.

The plaintiff performed certain services, under a written contract to plaster a house for a fixed sum. Work was commenced in April, 1872. The plaintiff did other work by order of the defendant, from time to time during the summer, the last item of work being performed 14th August, 1872. The lien was filed 7th September, 1872. The defendant asked the court to charge that, as matter of law, all work done previous to thirty days before the filing of the lien, must be excluded. The court refused so to charge. *Held,* that such refusal was proper. The lien act (chapter 558, 1869) gives liens for labor done, provided the notice is filed within thirty days after the performance and completion of such labor. The plaintiff's evidence tended to show that it was all really one piece of work, although the items were directed to be done, and were done, at different times between April and the fourteenth of August, and he was entitled, under the lien act, to recover for all his labor.

APPEAL from a judgment of the County Court of Westchester county in favor of the plaintiff, entered upon a verdict.

*George A. Black,* for the respondent.

*Mundy & Stout,* for the appellant.

Opinion by BARNARD, P. J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

\* Judgment affirmed, with costs.

\* See Goodale v. Walsh, 2 N. Y. Sup. Ct. R., 311.